UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE RODRIGUEZ-GUTIERREZ,<br><br>       Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, et al.,<br><br>       Respondents. | CASE NO. C14-1295RAJ<br><br>ORDER OF DISMISSAL |

  The court has reviewed the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. The court notes that no one has objected to the R&R. The court ADOPTS the R&R (Dkt. # 13), thereby granting Respondents' motion to dismiss. The clerk shall DISMISS this action, enter judgment for Respondents, and ensure that Judge Theiler receives notice of this order.

  DATED this 24th day of November, 2014.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL
PAGE - 1